IN THE SUPREME COURT OF THE STATE OF NEVADA

SFR INVESTMENTS POOL 1, LLC, A
NEVADA LIMITED LIABILITY
COMPANY,
Appellant,
vs.
JPMORGAN CHASE BANK,
NATIONAL ASSOCIATION, A
NATIONAL ASSOCIATION,
Respondent.

No. 83214

FILED

JUN 17 2022

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

*ORDER OF AFFIRMANCE*

This is an appeal from a district court final judgment in an action to quiet title. Eighth Judicial District Court, Clark County; Jessica K. Peterson, Judge.[1]

In a previous appeal, we reversed the district court's summary judgment in favor of appellant and directed the district court to enter judgment in favor of respondent. *See JPMorgan Chase Bank, N.A. v. SFR Invs. Pool 1, LLC*, 136 Nev. 596, 603, 475 P.3d 52, 58-59 (2020). On remand, the district court complied with this court's mandate. Now in this appeal, appellant contends that another remand is appropriate because it should be able to seek money damages based on the United States Supreme Court's opinion in *Collins v. Yellen*, 141 S. Ct. 1761 (2021).[2] We decline appellant's invitation to remand again, as appellant did not raise its *Collins*-based

---

[1]Pursuant to NRAP 34(f)(1), we have determined that oral argument is not warranted.

[2]*Collins* held that the Housing Economic Recovery Act's for-cause restriction on the President's ability to remove the FHFA's Director violated the separation-of-powers doctrine, but also concluded that the Director still had authority to carry out the functions of the office. 141 S. Ct. at 1788.

22-19220

argument in district court, and we are not persuaded by appellant's explanation for why it was unable to previously make arguments similar to those asserted by the plaintiffs in *Collins*. *See Old Aztec Mine, Inc. v. Brown*, 97 Nev. 49, 52, 623 P.2d 981, 983 (1981) (recognizing that this court need not consider arguments raised for the first time on appeal). Accordingly, we

ORDER the judgment of the district court AFFIRMED.[3]

_____, C.J.
Parraguirre

_____, J.
Pickering

_____, Sr.J.
Gibbons

cc: Hon. Jessica K. Peterson, District Judge
Hanks Law Group
Ballard Spahr LLP/Las Vegas
Eighth District Court Clerk

---

[3]The Honorable Mark Gibbons, Senior Justice, participated in the decision of this matter under a general order of assignment.